**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

TREY ROBINSON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

TOP GOLF USA INC.; and DOES 1-20, inclusive,

Defendants.

Case No.

**VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**

I, E. Ashley Paynter, declare as follows:

1. I am one of the attorneys for Defendant Top Golf USA Inc. ("Defendant"). I am knowledgeable about the facts set forth herein and make this Verification of State Court Records In Support of the Notice of Removal to Federal Court.

2. Attached to this Declaration as Exhibit A is a true and correct copy of the Class Action Complaint filed by Plaintiff in the King County Superior Court on January 27, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of the Summons (20-day) filed by Plaintiff in the King County Superior Court on January 27, 2026.

4. Attached hereto as Exhibit C is a true and correct copy of the Jury Demand filed by Plaintiff in the King County Superior Court on January 27, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of the Order Setting Civil Case Schedule, issued by the King County Superior Court on January 27, 2026.



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

6. Attached hereto as Exhibit E is a true and correct copy of the Case Information Cover Sheet and Area Designation Form, issued by the King County Superior Court on January 27, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of the Notice of Appearance of E. Ashley Paynter and Lauren S. Titchbourne on behalf of Defendant, and E-Service Certificate, filed in the King County Superior Court on January 30, 2026.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Service of Complaint filed by Plaintiff in the King County Superior Court on February 2, 2026.

9. Attached hereto as Exhibit H is a true and correct copy of an Agreement to Electronic Service filed in the King County Superior Court on February 12, 2026.

10. Attached hereto as Exhibit I is a true and correct copy of the Certificate of eService filed in the King County Superior Court on February 12, 2026.

11. Attached hereto as Exhibit J is a true and correct copy of the Defendant's Answer and Affirmative Defenses to Plaintiff's Original Class Action Complaint, filed by Defendant in the King County Superior Court on March 2, 2026.

12. Attached hereto as Exhibit K is a true and correct copy of the Certificate of eService filed in the King County Superior Court on March 2, 2026.

13. Attached hereto as Exhibit L is a true and correct copy of a Joint Stipulation to Amend Case Schedule and Continue Trial Date, filed by Plaintiff in the King County Superior Court on March 2, 2026.

14. Exhibits A-L attached hereto constitute all of the process, pleadings and orders either served upon Defendant Top Golf USA, Inc., or filed by any party in this action.

15. Upon information and belief, no further proceedings have been had in the state court as of the date of Defendant Top Golf USA, Inc's., Notice of Removal.



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED THIS 24th day of June, 2026 at Seattle, Washington.

*/s/ E. Ashley Paynter*
E. Ashley Paynter, WA #58857



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I served the foregoing **VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** via the method(s) below on the following parties:

Brandon Brouillette (WSBA No. 64353)
Zachary M. Crosner (WSBA No. 61644)
Crosner Legal, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
Email: bbrouillette@crosnerlegal.com
zach@crosnerlegal.com
*Attorneys for Plaintiff,*
*TREY ROBINSON*

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

SIGNED this 24th day of June, 2026, at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/Amma-Marie del Casal*
Amma-Marie del Casal, Practice Assistant
amma-marie.delcasal@ogletree.com